# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LAMAR KIMBROUGH,<br><br>    Petitioner,<br><br>v.<br><br>FRED FIGUAROA,<br><br>    Respondent. | CASE NO. 5:16-CV-01399-ODW (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and the action dismissed without prejudice.[1]

DATED: October 13, 2016

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Petitioner consented to U.S. Magistrate Jurisdiction for all proceedings in this case (ECF No. 2), and Respondent's consent is not required because Respondent has not been served. *See Wilhelm v. Rotman*, 680 F.3d 1113, 1119-21 (9th Cir. 2012). Accordingly, the undersigned U.S. Magistrate Judge may order entry of judgment in this case. *See* 28 U.S.C. § 636(c)(1).